Winfield S. Camp, Respondent, v. The Haserot Canneries Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

W. Caryl Ely, Appellant, v. Erickson Perkins and Others, Defendants, and Clarence W. Cady, Respondent, Composing the Copartnership of Spader & Perkins.— Order affirmed, with ten dollars costs and disbursements. All concurred; Robson, J., not sitting.

Frederick W. Kuehn, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented; Robson, J., not sitting.

Maria T. Pariglio, Appellant, v. Albert E. Campbell, Respondent.— Judgment and order affirmed, with costs. All concurred.

Elizabeth Gleason, an Infant, by Georgina Gleason, Her Guardian ad Litem, Respondent, v. James Cunningham, Son & Company, a Corporation, Appellant, Impleaded with Joseph T. Cunningham and Others, Comprising the Firm of James Cunningham, Son & Company.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal. Held, that the complaint is so comprehensive that a cause of action is alleged against both defendants. All concurred.

The City of Geneva, Appellant, v. Robert W. Henson and Others, Respondents.— Judgment affirmed, with costs. All concurred; Robson, J., not sitting.

Penn American Plate Glass Company, Respondent, v. Clarence H. Rugg, Appellant.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

August Wilhelm Ludwig Ruthenberg, Respondent, v. Newton M. Collins and Shirley R. Snow, Appellants. — Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.